**United States District Court**
For the Northern District of California

E-FILED on __9/30/13__

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLUE MOUNTAIN HOMES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> JOSE GUTIERREZ, et al., <br><br> Defendants. | No. C-13-03425 RMW <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE <br><br> **[Re Docket No. 5]** |

On July 24, 2013, Jose Gutierrez and Lola Gutierrez (collectively "defendants") filed a notice of removal pursuant to § 28 U.S.C. 1331. Dkt. No. 1. Defendants also filed motions for leave to proceed *in forma pauperis* ("IFP"). Dkt. Nos. 2, 3. On August 2, 2013, the magistrate judge granted defendants' applications to proceed IPF. Dkt. No. 5. The magistrate judge also issued a report and recommendation that the case be remanded to the Santa Clara County Superior Court for lack of subject matter jurisdiction or diversity jurisdiction. *Id.* Because not all parties consented to the magistrate judge's jurisdiction, the magistrate further ordered the clerk of the court to reassign this case to a district judge. *Id.* The case is now before the undersigned. Dkt. No. 6.

Objections to the magistrate's report were due on August 16, 2013. Defendants have not filed any objections. Having reviewed the magistrate's report and recommendation, the court agrees that a remand to the Santa Clara Superior Court for lack of jurisdiction is appropriate. The court

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE—No. C-13-03425 RMW

adopts the magistrate judge's report and recommendation in full. The case is hereby remanded to the Santa Clara County Superior Court.

DATED: September 30, 2013

RONALD M. WHYTE
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE—No. C-13-03425 RMW
2